**Order issued November 4, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01101-CV

### IN THE INTEREST OF T.A.S. AND C.W.S., CHILDREN

**On Appeal from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. FA-13-2197**

## ORDER

This is an accelerated appeal of the termination of Mother's parental rights. Under Texas Rule of Judicial Administration 6.2(a), in an appeal involving the termination of parental rights, this Court should "so far as reasonably possible, ensure that the appeal is brought to final disposition" within 180 days of the date the notice of appeal was filed. *See* TEX. R. JUD. ADMIN. 6.2.

Mother filed a motion for new trial and her notice of appeal on August 18, 2015. The clerk's record and reporter's record were filed September 11 and September 21 respectively; Mother's brief was due October 11, 2015. By postcard dated October 13, 2015, we informed Mother her brief was overdue and instructed her to file, on or before October 23, her brief along with a proper motion to extend time to file brief. *See* TEX. R. APP. P. 10.1(a), 10.5(b). We cautioned her that the failure to file her brief and motion by October 23 would result in her appeal being dismissed. *See* TEX. R. APP. P. 38.8(a)(1).

When Mother did not file her brief by the date indicated, we ordered her to file her brief and motion by November 2 and instructed that the failure to do so would result in her appeal being dismissed without further notice. When no brief had been filed on November 2, the Clerk of the Court contacted counsel for Mother to ensure the Court's notices and orders were being received. Yesterday, the Court received Mother's motion to extend time for filing her brief, in which she states the trial court held a hearing, overruled her motion for new trial, and signed findings of fact and conclusions of law on October 12, 2015.

We **GRANT** appellant's motion. Appellant's brief is due November 13, 2015. Further extensions will not be granted absent extenuating circumstances.


/Molly Francis/
MOLLY FRANCIS
PRESIDING JUSTICE